CLAUDIA EVART, Appellant, v STEFANO TERZI et al., Respondents. [52 NYS3d 223]—

Order, Supreme Court, New York County (Leticia M. Ramirez, J.), entered January 4, 2017, which denied plaintiff's motion for partial summary judgment on the issue of liability, unanimously affirmed, without costs.

Plaintiff made a prima facie showing in support of her motion for partial summary judgment by averring that she was lawfully in the crosswalk with the pedestrian signal in her favor when she was struck by defendants' car. However, in opposition, defendants presented alternative theories as to the cause of the accident, thereby raising triable issues that preclude partial summary judgment (*see Mitchell v Maguire Co.*, 151 AD2d 355, 356 [1st Dept 1989]). Concur—Friedman, J.P., Richter, Moskowitz, Gische and Kapnick, JJ.